
RECEIVED
IN LAKE CHARLES, LA
AUG 1 9 2005
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JANETTE HEBERT | : | CIVIL ACTION NO. 05-0684 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES POSTAL SERVICE AND KAREN DOUGLAS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

IT IS ORDERED that defendants' Motion to Dismiss be GRANTED. Plaintiff's action is therefore DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. 2675(a) for failing to exhaust administrative remedies available.

Lake Charles, Louisiana, this __17__ day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT

1